UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
.
In re:                                                        .    Case No. 09-22603-rdd
                                                              .
Juan Nunez                                                    .    Chapter 7
                                                              .                    .
                                                              .
                        Debtor                                .
-------------------------------------------------------------X

# ORDER VACATING FINAL DECREE

      An Order of Discharge and Final Decree was entered in this case on April 12, 2010. However, since the chapter 7 trustee never filed his final report, the entry of the Final Decree was premature.

Therefore, it is:

ORDERED, that the Order of Discharge remains in effect but that the Order of Final Decree is VACATED, and it is further

ORDERED, that the Clerk's Office will promptly serve notice on the debtor, debtor's counsel, chapter 7 trustee and all other parties in interest.


Dated: White Plains, New York
       May  3, 2010


                                                                                  /s/ Robert D. Drain
                                                                                  Honorable Robert D. Drain
                                                                                  United States Bankruptcy Judge